# Court of Appeals
# of the State of Georgia

ATLANTA, April 10, 2017

*The Court of Appeals hereby passes the following order:*

## A17D0237. C. DEAN ALFORD et al. v. RIGOBERTO RIVERA HERNANDEZ et al.

Upon consideration of the application for discretionary appeal, it is ordered that it be hereby GRANTED. The applicants may file a notice of appeal within 10 days of the date of this order, if they have not already filed a notice of appeal.

It appears, however, that the applicants have already filed a notice of appeal from the same trial court order contested in this application and that such notice of appeal has resulted in the docketing of Case No. A17A1124. Under these circumstances, it is unnecessary for the applicants to file a second notice of appeal. To avoid superfluous appeals, our review of the trial court's order will proceed under Case No. A17A1124. See *Islamkhan v. Khan*, 299 Ga. 548, 551 (787 SE2d 731) (2016) (recognizing principle that, in the context of a discretionary appeal, a prematurely filed notice of appeal ripens upon the appellate court's granting of the application for appeal); *Wannamaker v. Carr*, 257 Ga. 634, 635 (1) (362 SE2d 53) (1987) (filing of notice of appeal after entry of judgment but before the grant of discretionary application does not constitute a failure to timely file).



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta, 04/10/2017*
 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*